| UNITED STATES DISTRICT COURT | DISTRICT OF MINNESOTA |
|---|---|
| Brandon Ehlis<br>  Plaintiff,<br><br>v.<br><br>DAP Products, Inc.<br>  Defendant, | Court File Number<br>0:20-cv-01872-PJS-ECW<br><br>**AFFIDAVIT OF SERVICE** |

State of Maryland } SS
County of Baltimore }

I, **Jeffrey Levy** (Name of Server), state that on

**10 / 9 / 2020** at **10 : 10 A** M, I served the:

Summons, Complaint and Civil Cover Sheet

upon: DAP Products, Inc.

therein named, personally at:  2400 Boston Street
             Baltimore, MD 21224

by handing to and leaving with:

[ ] the Registered Agent of DAP Products, Inc.
[ ] an Officer of DAP Products, Inc.
[X] a Managing Agent, someone within DAP Products, Inc. whose management capacity is such that (s)he exercises independent judgment and discretion

**Chenoa Gordon** (Name of the Person with whom the documents were left)    **receptionist, authorized** (Title or Relationship)

a true and correct copy thereof.

I declare under penalty of perjury that this information is true.

Dated: **10 / 9 / 2020**    _Jeff L_ (Signature of Server)

                 Jeffrey Levy (Printed Name of Server)

* Service was completed by an independent contractor retained by Metro Legal Services, Inc.



Serial # GUSGL 244258 1273

Re: Brandon Ehlis



330 2nd Avenue South, Suite 150
Minneapolis, MN 55401
(800) 488-8994
www.metrolegal.com

-1-