UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Brandon Ehlis, on behalf of himself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DAP Products, Inc.,<br><br>　　　　Defendant. | Case No. 20-cv-01872-PJS-ECW<br><br>**NOTICE OF APPEARANCE** |

　　　The undersigned attorneys hereby notify the Court and counsel that Russell S. Ponessa, Esq. and Anju Suresh, Esq., Hinshaw & Culbertson LLP, shall appear as counsel of record for defendant DAP Products, Inc.

Dated: October 22, 2020　　　　　　　HINSHAW & CULBERTSON LLP

　　　　　　　　　　　　　　　　　　　*s/ Russell S. Ponessa*
　　　　　　　　　　　　　　　　　　　Russell S. Ponessa, Reg. No. 169316
　　　　　　　　　　　　　　　　　　　Anju Suresh, Reg. No. 0397080
　　　　　　　　　　　　　　　　　　　333 South Seventh Street, Suite 2000
　　　　　　　　　　　　　　　　　　　Minneapolis, MN  55402
　　　　　　　　　　　　　　　　　　　Telephone: 612-333-3434
　　　　　　　　　　　　　　　　　　　Email: rponessa@hinshawlaw.com
　　　　　　　　　　　　　　　　　　　Email: asuresh@hinshawlaw.com

　　　　　　　　　　　　　　　　　　　ATTORNEYS FOR DEFENDANT DAP PRODUCTS, INC.