UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Brandon Ehlis, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>DAP Products, Inc.,<br><br>    Defendant. | Case No. 20-cv-01872-PJS-ECW<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO MOVE, ANSWER, OR OTHERWISE RESPOND TO THE COMPLAINT** |

Plaintiff Brandon Ehlis, by and through his undersigned counsel, and defendant DAP Products, Inc. ("DAP"), by and through its undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, DAP's response to plaintiff's Complaint is currently due on or before October 30, 2020.

WHEREAS, DAP requires additional time to review the claims in this matter so that it has a full and fair opportunity to respond to plaintiff's Complaint.

WHEREAS, the parties have agreed that there is good reason to extend the deadline for DAP to answer or otherwise respond to plaintiff's Complaint to November 13, 2020.

NOW, THEREFORE, the parties hereby stipulate and agree as follows:

1. DAP, without waiver of any defenses, shall have through and including November 13, 2020, to answer or otherwise respond to plaintiff's Complaint.

2. The parties stipulate to the entry of an appropriate order so providing.

Dated: October 22, 2020      GUSTAFSON GLUEK PLLC

*s/ David A. Goodwin*
Daniel E. Gustafson, Reg. No. 202241
Daniel C. Hedlund, Reg. No. 258337
David A. Goodwin, Reg. No. 0386715
Kaitlyn L. Dennis, Reg. No. 0397433
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN  55402
Telephone: 612-333-8844
Email: dgustafson@gustafsongluek.com
Email: dhedlund@gustafsongluek.com
Email: dgoodwin@gustafsongluek.com
Email: kdennis@gustafsongluek.com

ZIMMERMAN REED, LLP
Brian C. Gudmundson, Reg. No. 336695
Michael J. Laird, Reg. No. 398436
1100 IDS Center
80 South Eighth Street
Minneapolis, MN  55402
Telephone: 612-341-0400
Email: brian.gudmundson@zimmreed.com
Email: michael.laird@zimmreed.com

ATTORNEYS FOR PLAINTIFF

| | |
|---|---|
| Dated: October 22, 2020 | HINSHAW & CULBERTSON LLP |

*s/ Russell S. Ponessa*
Russell S. Ponessa, Reg. No. 169316
Anju Suresh, Reg. No. 0397080
333 South Seventh Street, Suite 2000
Minneapolis, MN  55402
Telephone: 612-333-3434
Email: rponessa@hinshawlaw.com
Email: asuresh@hinshawlaw.com

ARMSTRONG TEASDALE, LLP
(Pro Hac Vice Motions Pending)
Charles W. Steese, CO Reg. No. 26924
IJay Palansky, CO Reg. No. 53431
Alec Harris, CO Reg. No. 47547
Amber Gonzales, CO Reg. No. 49993
4643 S. Ulster Street, Suite 800
Denver, CO  80237
Telephone: 720-200-0676
Email: csteese@armstrongteasdale.com
Email: ipalansky@armstrongteasdale.com
Email: aharris@armstrongteasdale.com
Email: agonzales@armstrongteasdale.com

ATTORNEYS FOR DEFENDANT DAP PRODUCTS, INC.