UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Brandon Ehlis, on behalf of himself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DAP Products, Inc.,<br><br>　　　　Defendant. | Case No. 20-cv-01872-PJS-ECW<br><br>**[PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT TO MOVE, ANSWER, OR OTHERWISE RESPOND TO THE COMPLAINT** |

Based upon the stipulation of counsel (Docket No. 6), and all files, records and proceedings herein, and good cause shown,

**IT IS HEREBY ORDERED:**

Defendant DAP Products, Inc., without waiver of any defense, is granted an extension through and including November 13, 2020, with which to answer or otherwise respond to plaintiff's Complaint in this matter.

**BY THE COURT:**

Dated:_____        _____
　　　　　　　　　　　　　　　Honorable Elizabeth Cowan Wright
　　　　　　　　　　　　　　　Magistrate Judge of U.S. District Court