# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Brandon Ehlis, on behalf of himself and all others similarly situated, | Case No. 20-cv-01872-PJS-ECW |
| Plaintiff, | |
| v. | **ORDER** |
| DAP Products, Inc., | |
| Defendant. | |

This case is before the Court on the Stipulation for Extension of Time for Defendant to move, answer, or Otherwise Respond to the Complaint (Dkt. 6). Having considered the Stipulation, **IT IS ORDERED** that Defendant DAP Products, Inc., shall have until and including November 13, 2020, with which to answer or otherwise respond to Plaintiff's Complaint.

Dated: October 23, 2020         *s/Elizabeth Cowan Wright*
                                ELIZABETH COWAN WRIGHT
                                United States Magistrate Judge Court