UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Brandon Ehlis, on behalf of himself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>DAP Products, Inc.,<br><br>　　　　　Defendant. | Case No. 20-cv-01872-PJS-ECW<br><br>**DEFENDANT DAP PRODUCTS INC.'S MOTION TO DISMISS** |

Pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(2), 12(b)(6), 9(b), and the Local Rules of this Court, Defendant DAP Products Inc. moves the Court to dismiss Plaintiff's Complaint, ECF No. 1. This Motion is based on the accompanying Memorandum of Law and supporting Declarations, all of the files, records, and proceedings herein, such argument as may be presented to the Court, and all matters of which the Court may take judicial notice.

Dated: November 13, 2020　　　　　　　　**HINSHAW & CULBERTSON LLP**

　　　　　　　　　　　　　　　　　　　　*s/ Russell S. Ponessa*
　　　　　　　　　　　　　　　　　　　　Russell S. Ponessa, Reg. No. 169316
　　　　　　　　　　　　　　　　　　　　Anju Suresh, Reg. No. 0397080
　　　　　　　　　　　　　　　　　　　　333 South Seventh Street, Suite 2000
　　　　　　　　　　　　　　　　　　　　Minneapolis, MN 55402
　　　　　　　　　　　　　　　　　　　　Telephone: 612-333-3434
　　　　　　　　　　　　　　　　　　　　Email: rponessa@hinshawlaw.com
　　　　　　　　　　　　　　　　　　　　Email: asuresh@hinshawlaw.com

**ARMSTRONG TEASDALE, LLP**
Charles W. Steese (*Pro Hac Vice*)
IJay Palansky (*Pro Hac Vice*)
Alec Harris (*Pro Hac Vice*)
Amber Gonzales (*Pro Hac Vice*)
4643 S. Ulster Street, Suite 800
Denver, CO 80237
Telephone: 720-200-0676
Email: csteese@armstrongteasdale.com
Email: ipalansky@ armstrongteasdale.com
Email: aharris@ armstrongteasdale.com
Email:agonzales@armstrongteasdale.com

**ATTORNEYS FOR DEFENDANT DAP PRODUCTS INC.**