UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Brandon Ehlis, on behalf of himself and all others similarly situated,<br><br>          Plaintiffs,<br><br>v.<br><br>DAP Products Inc.,<br><br>          Defendants. | Court File No. 20-cv-01872-PJS-ECW<br><br>**<u>STIPULATION TO AMEND BRIEFING SCHEDULE</u>** |

The parties by and through their undersigned counsel stipulate and jointly move to modify the Motion to Dismiss Briefing Order and submit the following in support of this stipulation:

WHEREAS, Plaintiff's opposition to Defendant's Motion to Dismiss Plaintiff's Complaint is due December 4, 2020 and Defendant's reply brief is due December 18, 2020.

WHEREAS, in light of the upcoming holidays, the parties have agreed that good reason exists to extent the filing deadlines in this matter so that Plaintiff's opposition to Defendant's Motion to Dismiss Plaintiff's Complaint shall be due December 11, 2020 and Defendant's reply brief shall be due January 5, 2021. All other dates in this matter will remain in place.

NOW, THEREFORE, the parties hereby stipulate and agree as follows:

1. Plaintiff shall have through and including December 11, 2020 to file his opposition to Defendant's Motion to Dismiss Plaintiff's Complaint.

2. Defendant shall have through and including January 5, 2021 to file its reply brief.

3. The parties stipulate to the entry of an appropriate order so providing.

Dated:  November 25, 2020

Respectfully submitted,

 s/*David A. Goodwin*
GUSTAFSON GLUEK PLLC
Daniel E. Gustafson (#202241)
David A. Goodwin (#386715)
Kaitlyn L. Dennis (#397433)
120 South Sixth Street,
Suite 2600
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dgustafson@gustafsongluek.com
dgoodwin@gustafsongluek.com
kdennis@gustafsongluek.com


ZIMMERMAN REED, LLP
Brian C. Gudmundson, Reg. No. 336695
Michael J. Laird, Reg. No. 398436
1100 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: 612-341-0400
Email:
brian.gudmundson@zimmreed.com
Email: michael.laird@zimmreed.com

ATTORNEYS FOR PLAINTIFF

Dated:  November 25, 2020

*s/ Russell S. Ponessa*
HINSHAW & CULBERTSON LLP
Russell S. Ponessa, Reg. No. 169316
Anju Suresh, Reg. No. 0397080
333 South Seventh Street, Suite 2000
Minneapolis, MN 55402
Telephone: 612-333-3434
Email: rponessa@hinshawlaw.com
Email: asuresh@hinshawlaw.com

ARMSTRONG TEASDALE, LLP
(Pro Hac Vice Motions Pending)
Charles W. Steese, CO Reg. No. 26924
IJay Palansky, CO Reg. No. 53431
Alec Harris, CO Reg. No. 47547
Amber Gonzales, CO Reg. No. 49993
4643 S. Ulster Street, Suite 800
Denver, CO 80237
Telephone: 720-200-0676
csteese@armstrongteasdale.com
ipalansky@armstrongteasdale.com
aharris@armstrongteasdale.com
agonzales@armstrongteasdale.com

ATTORNEYS FOR DEFENDANT
DAP PRODUCTS, INC.