UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Brandon Ehlis, on behalf of himself and all others similarly situated,<br><br>                    Plaintiffs,<br><br>v.<br><br>DAP Products Inc.,<br><br>                    Defendants. | Court File No. 20-cv-01872-PJS-ECW<br><br>**[PROPOSED] ORDER ON STIPULATION TO AMEND BRIEFING SCHEDULE** |

Based upon the stipulation to amend the Briefing Schedule (Docket No. 23), the court enters the following Order:

1. Plaintiff shall have through and including December 11, 2020 to file his opposition to Defendant's Motion to Dismiss Plaintiff's Complaint.

2. Defendant shall have through and including January 5, 2021 to file its reply brief.

**IT IS SO ORDERED.**

Dated: _____, 2020         BY THE COURT:


_____
ELIZABETH COWAN WRIGHT
United States Magistrate Judge Court