# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| BRANDON EHLIS, on behalf of himself and all others similarly situated,<br><br>Plaintiff<br>v.<br>DAP PRODUCTS, INC.,<br><br>Defendant | Case No. 0:20-cv-01872-PJS-ECW<br><br>**DECLARATION OF DAVID A. GOODWIN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT DAP PRODUCTS INC.'S MOTION TO DISMISS** |

I, David A. Goodwin, declare and state as follow:

1. I am over eighteen years of age, a citizen of the United States, and a resident of the State of Minnesota.

2. I have personal knowledge of the facts stated herein.

3. I am an attorney licensed to practice law in the state of Minnesota, and I am a partner at Gustafson Gluek PLLC.

4. In conjunction with co-counsel, Zimmerman Reed LLP, Gustafson Gluek PLLC represents Plaintiff Brandon Ehlis ("Plaintiff") in the above-captioned case.

5. Attached as Exhibit A is a true and correct copy of prelitigation demand letter sent by certified mail to Defendant DAP Products, Inc. dated July 28, 2020.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed on this 11th day of December, 2020.

*David A. Goodwin (signature)*

David A. Goodwin