# UNITED STATES DISTRICT COURT
## District of Minnesota

Brandon Ehlis, **JUDGMENT IN A CIVIL CASE**

Plaintiff,

v.  Case Number: 20-cv-1872-PJS-ECW

DAP Products, Inc.

Defendant.

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Defendant DAP Products, Inc.'s motion to dismiss [ECF No. 15] is GRANTED.

2. Plaintiff Brandon Ehlis's complaint [ECF No. 1] is DISMISSED WITHOUT PREJUDICE.

Date: 2/2/2021                                                                        KATE M. FOGARTY, CLERK